910

PER CURIAM.

MEJDA, J., took no part.

Robert Cahill, of Duffy and Jordan, of Chicago, for appellant Thillens, Inc.

Edward M. White, of Carey, Filter & White, of Chicago, for appellees.

WAYNE JOHNSON, Plaintiff-Appellant, *v.* PAPILLON, INC., Defendant-Appellee.

(No. 58881;

First District (3rd Division)—November 15, 1973.

PER CURIAM.

MEJDA, J., took no part.

Marvin A. Miller, of Chicago, for appellant.

William H. Martay and Arthur L. Berman, of White, White and Berman, of Chicago, for appellee.